IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL DEWAYNE ROBERTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.: 3:11-cv-943-WHA |
| | ) | |
| NURSE STEWART, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

The Magistrate Judge entered a Recommendation (Doc. 64) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that the Recommendation of the Magistrate Judge is hereby ADOPTED; Defendants' motions for summary judgment (Docs. 19, 43, 48) are GRANTED; and this case is DISMISSED with prejudice.

A separate judgment shall issue.

Done this 16th day of July, 2014.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE